Case# 2017-07542-26 Docketed at Montgomery County Prothonotary on 01/08/2019 3:15 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Scott H. Korn
1233 Meadowbank Road
Villanova, PA 19085

June 20, 2016

Ocwen Loan Servicing, LLC
Attn: Research Department
P.O. Box 24736
West Palm Beach, FL 33416-4736
Attention: Nigil Jose

Caliber Home Loans, Inc.
P.O. Box 24610
Oklahoma City, OK 73124-0610

<u>VIA CERTIFIED MAIL, RRR, TO EACH ADDRESSEE</u>

    Re:   Ocwen Loan No.: 7130853808  Caliber Account No.:9806636996
           <u>Property Address: 1233 Meadowbank Rd., Villanova, PA 19085</u>

Dear Nigil Jose from Ocwen, and Caliber Home Loans, Inc.:

    I received a letter from Ocwen dated May 27, 2016, which purports to respond to the concerns I raised in my recent prior letters to Ocwen. However, the Ocwen response does NOT address my concerns. The numbers in Ocwen's computer letter reflecting the balance, and escrow amounts, and amounts due from my account, all are wrong. Ocwen's letter does NOT address the concerns with those incorrect numbers that I raised in numerous prior letters to Ocwen, and Ocwen still has failed to correct the erroneous numbers in my account.

    I have written numerous letters to Ocwen, that bring to Ocwen's attention the errors and inaccuracies in Ocwen records, in response to the computer form letters that Ocwen keeps sending to me. For example, Ocwen sent me a computer form letter dated October 8, 2015, from K. Nirmala, and another computer form letter dated December 17, 2015, from Sunetra Dasgupta, and another computer form letter dated February 11, 2016, from Anoop Ghandi, and another computer from letter dated April 18, 2016, from Meenal S. Mehta, that are almost exactly like your letter of May 27th. I wrote back to K. Nirmala on October 20, 2015, and I wrote back to Sunetra Dasgupta on December 23, 2015, and I wrote back to Anoop Ghandi on February 22, 2016, and I wrote back to Meenal S. Mehta on April 20, 2016, each time informing Ocwen of the inaccuracies and errors in Ocwen's records. Please see my10/20/15 letter to K. Nirmala, and my 12/23/15 letter to Sunetra Dasgupta, and my 2/22/16 letter to Anoop Ghandi, and my 4/20/16 letter to Meenal S. Mehta, as well as my numerous past letters to Ocwen.



Case# 2017-07542-26 Docketed at Montgomery County Prothonotary on 01/08/2019 3:15 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Ocwen Loan Servicing, LLC
Attention: Nigil Jose
Caliber Home Loans, Inc.
June 20, 2016
Page | 2

It has become apparent to me that Ocwen has no intention and never had any intention of actually responding to my letters or of fixing and correcting the errors in the escrow and other balances for my loan account, following my Settlement with Countrywide Home Loans.

Now that Caliber Home Loans has taken over the servicing of my account from Ocwen, I sincerely hope that Caliber will act to correct and fix the erroneous numbers that Ocwen wrongfully has been continuing reporting in my account. (I believe Ocwen's failure to do so was in violation of law). I request once again that Ocwen (or if my account servicer is now Caliber, then Caliber) address my concerns, and fix the errors in my account statement, instead of simply ignoring them and (wrongfully) trying to foreclose on my house.

Finally, a request to CALIBER: A while ago, in one of my writings to Ocwen, I requested that Ocwen supply me with a complete set of my loan documents, including the assignment of the note and mortgage from Countrywide to Ocwen (and now, to Caliber), and a complete loan history for my account. To date, however, I have not received those requested documents.

Please feel free to contact me to discuss this, should you desire. Otherwise, when can I expect to receive a corrected account statement and all of this requested (and overdue) documents from Caliber? Thank you in advance for your timely attention to this matter. I look forward to your prompt response.

Sincerely,

Scott Korn

Case# 2017-07542-26 Docketed at Montgomery County Prothonotary on 01/08/2019 3:15 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Scott H. Korn
1233 Meadowbank Road
Villanova, PA 19085

November 23, 2016

Caliber Home Loans, Inc.
P.O. Box 650856
Dallas, TX 75265-0856

VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED

    Re:   Caliber Loan No. 9804535996
           (formerly Ocwen Loan No. 7130553508)
           Property Address: 1233 Meadowbank Rd., Villanova, PA 19085

Dear Caliber Home Loans,

    I received a letter from you dated November 17, 2016, which states that I am purportedly in default in the payment of the above-referenced loan, which you apparently acquired from Ocwen Loan Servicing, LLC ("Ocwen"). However, your notice is factually incorrect and in error. The numbers in your letter reflecting the balance, and escrow amounts, and monthly amounts due, all are wrong.

    I have written numerous letters to Ocwen, that bring to Ocwen's attention the errors and inaccuracies in Ocwen records (and now your records). Either please obtain directly from Ocwen, copies of those letters that I sent them, or if you need additional copies, please let me know and I will send them to you.

    I do not know why Ocwen failed to adequately respond to my letters and correct the errors in my account. But I request once again that Caliber address these concerns, and fix the errors in my account, instead of simply ignoring them and (wrongfully) trying to foreclose on my house.

    Finally, I also requested from Ocwen, but never received, copies of all of the loan documents, as well as the documents showing how Ocwen acquired this loan from Countrywide. I now request that Caliber send me the requested documents, including copies of all of the loan documents, as well as the documents showing how Ocwen acquired this loan from Countrywide, and how Caliber acquired this loan from Ocwen.

Case# 2017-07542-26 Docketed at Montgomery County Prothonotary on 01/08/2019 3:15 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the United Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Caliber Home Loans, Inc.
November 28, 2016
P a g e | 2

Please feel free to contact me to discuss this, should you desire. Otherwise, when can I expect to receive a corrected account statement and the requested documents and information from Caliber?

Sincerely,

Scott Koza

cc: Caliber Home Loans, Inc.
13801 Wireless Way
Oklahoma City, OK 79134
(via CM, RRR)

Case# 2017-07542-26 Docketed at Montgomery County Prothonotary on 01/08/2019 3:15 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.
Case# 2017-07542-26 Docketed at Montgomery County Prothonotary on 12/10/2018 8:33 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.



**CALIBER HOME LOANS**
RETURN SERVICE ONLY
Please do not send mail to this address
PO Box 619063
Dallas TX 75261-9063

**Mortgage Statement**
Statement Date: 11/17/2018

If you have questions or concerns about your statement, please contact us at 1-800-401-6587 between the hours of 8:00am and 7:00pm Monday through Friday (CST).

Email us at customerservice@caliberhomeloans.com or visit our website at http://www.caliberhomeloans.com.

SCOTT H KORN
1203 MEADOWBANK RD
VILLANOVA PA 19085-2108

| | |
|---|---|
| Account Number | 9804030030 |
| Payment Due Date | 12/01/18 |
| **Amount Due** | **$1,408,391.88** |

If payment is received after 12/16/18, a $241.94 late fee will be charged.

Property Address: 1203 MEADOWBANK RD
VILLANOVA PA 190852106

**Account Information**
Outstanding Principal: $935,847,526.50
Interest Rate (Until 12/01/40): 4.00000%
Prepayment Penalty: No
Total Deferred Balance: $0.00
Total Lender Advance Balance: $520.00

Unapplied Funds: $0.00
Maturity Date: 12/24/2040
Current Escrow Balance: ($205,079.72)

**Explanation of Amount Due**
Principal: $1,014.25
Interest: $2,789.08
Escrow (Taxes, Insurance, or PMI): $708.00
Amount: $551.00
Regular Monthly Payment: $4,958.33
Past Due Amount: $1,363,424.00
Total Fees Charged: ...
Unapplied Late Charges: $70,568.61
**Total Amount Due: $1,408,391.88**

**Delinquency Notice**
You are late on your mortgage payments. Failure to bring your loan current may result in fees and foreclosure - the loss of your home. As of 11/17/2018, you are 2175 days delinquent on this mortgage.

Total Payment Due: $1,408,391.88
We know that you may have accepted a loan modification on your loan on 12/01/16.

If you are Experiencing Financial Difficulty See back for information about mortgage counseling or assistance.

Recent Account Activity:
Payment due 05/01/18: Unpaid balance of $21,630.16
Payment due 07/01/18: Unpaid balance of $21,836.16
Payment due 08/01/18: Unpaid balance of $22,077.60
Payment due 09/01/18: Unpaid balance of $22,317.60
Payment due 10/01/18: Unpaid balance of $22,677.60
Payment due 11/01/18: Unpaid balance of $22,877.00
Current payment due 12/01/18: $21,630.16

**Past Payments Breakdown**

| | Paid Last Month | Paid Year-To-Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes, Insurance, or PMI) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Late Charges | $0.00 | $0.00 |
| Unapplied Balance | $0.00 | $0.00 |
| Total | $0.00 | $0.00 |



Handwritten: 12/1/2018 CALIBER — ALL CIRCLED NUMBERS ARE WRONG. See Purchase Ledger.

**Important Messages**
This is an attempt by a debt collector to collect a consumer debt and any information obtained will be used for that purpose.

*Partial Payments: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

**Transaction Activity (08/05/16 - 11/17/18)**

| Transaction Date | Transaction Description | Transaction Amount | Principal | Interest | Escrow | Optional | Late Charges | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|
| 08-08-2018 | Property Taxes | $22,614.83 | $0.00 | $0.00 | $28,814.83 | $0.00 | $0.00 | $0.00 | $0.00 |
| 08-09-2018 | Fee Waived | -$200.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$200.00 |
| 08-09-2018 | Fee Waived | -$230.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$230.00 |

Case# 2017-07542-26 Docketed at Montgomery County Prothonotary on 01/08/2019 3:15 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.



**CALIBER HOME LOANS**

RETURN SERVICE ONLY
Please do not send mail to this address
P.O. Box 619063
Dallas, TX 75261-9063

November 17, 2016

SCOTT H KORN
1204 MEADOWBANK RD
VILLANOVA PA 19085-2100

Caliber Account Number:
Total Past Due Amount:
Current Past Due Date:

Dear SCOTT H KORN:

*Handwritten annotation: "CALIBER — THIS IS WRONG SEE ATTACHED LETTER — Scott Korn"*

Your loan is now thirty days or more past due. It is imperative that you contact Caliber Home Loans, Inc. to make arrangements regarding your loan. Payment for the past due balance noted above can be made to Caliber by personal check, money order or cashier's check. Please send your payment to one of the addresses listed below.

To make a payment 24 hours a day, please visit us at www.caliberhomeloans.com. Our website offers secure access to your loan information and free automatic monthly payment drafting, which is a great way to ensure your payments are received on time and avoid payment reminder calls. We have several payment options available such as Western Union Speed Pay which may be made through an agent or through our automated phone system by calling 1-800-621-1437. You may also make your payment through Western Union Quick Collect. Fees may apply to these payment methods.

For payments made by personal check, money order or cashier's check, our address is:

Regular Mail
Caliber Home Loans, Inc.
PO Box 650856
Dallas, TX 75265-0856

Overnight Mail Address
Caliber Home Loans, Inc.
1600 Dragon Street, STE A
Dallas, TX 75207

Late payments are reported to the credit bureaus. The delinquency may impact your ability to obtain other forms of credit. Please make arrangements to submit your payment as soon as possible.

We appreciate your continued commitment to adhering to the terms of your mortgage obligation.

Sincerely,

SPOC Department
Caliber Home Loans, Inc.

Should you have any general inquiries regarding your loan you can email us at customerservice@caliberhomeloans.com or write to us at:

5.02                    201001120rev

Case# 2017-07542-26 Docketed at Montgomery County Prothonotary on 01/08/2019 3:15 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

PLEASE WRITE YOUR ACCOUNT NUMBER ON YOUR CHECK AND RETURN THIS BOTTOM PORTION

SCOTT H KORN
1439 MEADOWBANK RD
VILLANOVA PA 19085-9103

| Account Number | Regular Payment | Amount Due | Amount Due By |
|---|---|---|---|
| 9804922908 | $1,616.10 | $1,616,871.67 | $1,408,361.68 |

Check here and see reverse for address corrections

CALIBER HOME LOANS, INC.
P.O. BOX 650856
DALLAS, TX 75266-0856

CALL for... 12/1/2016
All credit numbers
ALB wrong, See Back/Also
Letter.
Scott Korn

| | Additional Principal | $0 |
| | Additional Escrow | $0 |
| | Total Enclosed | $0 |

9804935996000000216362600001836872970000140536064

Case# 2017-07542-26 Docketed at Montgomery County Prothonotary on 01/08/2019 3:15 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Scott H. Korn
1233 Meadowbank Road
Villanova, PA 19085

April 7, 2017

Courtney Ruiz, V.P.
Caliber Home Loans, Inc.
13801 Wireless Way
Oklahoma City, OK 73134

Caliber Home Loans, Inc.
P.O. Box 270415
Oklahoma City, OK 73137-0415

VIA CERTIFIED MAIL - RETURN RECEIPT REQUESTED

Re:   NOTICE OF ERRORS
      Caliber Loan No. 9804894936
      (formerly Ocwen Loan No. 7130583808)
      Property Address: 1233 Meadowbank Rd., Villanova, PA 19085

Dear Courtney Ruiz (and Caliber Home Loans),

I received your letter dated March 30, 2017. I find it simply incredible, and in the utmost of bad faith, for Caliber to write me and tell me that my complaints regarding the erroneous amounts shown in my mortgage account are "frivolous", or that Caliber is taking my repeated letters to "confirm that [you] prior compliance to be complete and accurate". Caliber's responses, and your March 30, 2017 letter, are NOT complete and are NOT accurate. In fact, and to the contrary, your 3/30 letter like Caliber's other letters, fail to mention the settlement I reached with Countrywide in November 2010, and the changes that were required to be made (but in fact were not made) to my mortgage account in light of that settlement. You are right—that I have written numerous letters complaining about the erroneous numbers in my mortgage account—to both Caliber and Ocwen, because neither one of you to date has responded to my concerns and corrected my account.   WHEN IS CALIBER GOING TO CORRECT THE ERRONEOUS NUMBERS IN MY ACCOUNT?  It is bad enough for Caliber to continue to refuse to correct my account, but for Caliber to turn around and label my concerns as "frivolous", is nothing short of bad faith, and intentional and wrongful conduct by Caliber. I reserve all rights, remedies, claims and demands against Caliber to which I am or may be entitled.

Caliber can limit its exposure and liability, by immediately correcting the erroneous numbers in my account. Otherwise, please be guided accordingly.

Sincerely,

Scott Korn