# REDACTED

**From:** Gerard Maddrey <gerard.maddrey@elitepremierproperties.com>
**Date:** Friday, May 19, 2017 at 8:58 AM
**To:** Scott Korn <skorn@bengalgrp.com>
**Subject:** Fwd: CMA Clarification Requested: 1233 MEADOWBANK RD, VILLANOVA, PA, 19085 (Property ID: 22715508)

I don't have the actual report showing the 1,19 but the email below is what they sent me to change it to the current. Please do not share this email with anyone. This is for your information only. I could lose my license. Thanks

**Gerard Maddrey**
BPO Specialist

**Elite Premier Properties**
(215) 586-1063 Phone
Email:   gerard.maddrey@elitepremierproperties.com
Website: www.elitepremierproperties.com



1



**Confidentiality Notice:** The Information contained in this email is for the exclusive use of its intended recipient(s) and may contain confidential and privileged Information. If you are not the intended recipient, you are not permitted to read, disclose, reproduce, distribute, use or take any action in reliance upon this message and any attachments. We request that you promptly notify the sender, immediately delete this message and any attachments from your computer, and destroy any copies of this information.

Equal Housing Opportunity 

---------- Forwarded message ----------
From: **Clear Capital Vendor Support** <support5@clearcapital.com>
Date: Mon, May 15, 2017 at 12:44 PM
Subject: CMA Clarification Requested: 1233 MEADOWBANK RD, VILLANOVA, PA, 19085 (Property ID: 22715508)
To: gerard.maddrey@elitereo.com, qc@elitereo.com

Hello Gerard,

Please don't reply to this automatically generated email. We find that clicking the link below results in fewer clarification requests and faster overall processing time for all involved parties:

This clarification is regarding the property at 1233 MEADOWBANK RD in VILLANOVA (Property ID: 22715508).

Please note, your completed clarification request is due at 1:44 PM PT on 05/15/2017.

The Clarification Request is:
"Thanks for the report! Before we deliver this report to the customer can you please address the following:

1) This customer requires comps to have sold within the last 12 months. {C.R. ID #500012}

2) It appears the price conclusion is a near average of the wide sold comp price range. The price should fall in line with the most supporting sold comp, within reason. {C.R. ID #500004}

3) Please review these additional sales. If they are good indicators of value, please include them in your report. If they are not, provide a detailed explanation on each as to why they are not a good indicator of value **(regardless of sale date)**:

*1216 Valley Rd, Villanova, PA 19085 ($1,420,000: 11/07/2016) - similar characteristics, 0.5 miles from the subject

If you have any questions about this request please feel free to call us at (530) 582-5011 option 2 for Quality Assurance Support or initiate a Live Chat.

Thank you for your time and effort on this report! - {C.R. ID #999009}

2

Once you have responded please re-submit the CMA by selecting the 'Submit' button.

If you have any questions, please contact our Vendor Support Team:

Email: support5@clearcapital.com
Phone: 530-582-5011, option 2

Thank you for being a valuable part of Clear Capital!

---------------------------------------------------------------------

This message was automatically generated by the Clear Capital System.

NOTICE: This e-mail and any files transmitted with it may contain confidential information, and are intended solely for the use of the individual or entity to whom they are addressed.

Any retransmission, dissemination or other use of this email information by persons other than the intended recipient or entity is prohibited. If you have received this e-mail in error, then please contact the sender by return e-mail and delete the material/contents from your system. Thank you.