

**New IMessage**   Cancel

To: Jerry Caliber Aprasier

Jun 14, 2017, 6:03 AM

Hi Scott
Again I am not suppose to be talking to anyone in regards to reports and numbers or anything. I normally get like 30 orders a week and I got 2 so far (after yesterdays


EXHIBIT C

**New iMessage**    Cancel

To: Jerry Caliber Aprasier

normally get like 30 orders a week and I got 2 so far (after yesterday's call now I know why). This is my biggest client and makes up about 70% of my business and earnings. Please leave me out of this battle. I was just being nice

> **New iMessage**   Cancel
>
> To: Jerry Caliber Aprasier
>
> cause you seemed like a nice guy and now I'm under investigation. Again please leave me out of it. Thanks Gerry
>
> Jun 27, 2013, 7:30 PM
>
> You gave me your



New iMessage    Cancel

To: Jerry Caliber Aprasier

This is the rules and grounds for termination. I told you this and you gave me your word your lips were sealed. Please



**New iMessage**   Cancel

To: Jerry Caliber Aprasier

This is the rules and grounds for termination. I told you this and you gave me your word your lips were sealed. Please provide me an update tomorrow. You gave me your word.

