# REDACTED

On 6/28/17, 10:33 AM, "Gerard Maddrey" <gmaddrey3@gmail.com> wrote:

I spoke to them. So my guess is you will not call me back or honor your word and will proceed litigation with "your evidence" and screw me and my family after I was very kind to you and tried to help you.

Sent from my iPhone

