# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SCOTT H. KORN and ARLENE A. KORN**<br><br>                Plaintiffs,<br><br>    v.<br><br>**CALIBER HOME LOANS, INC.**<br><br>                Defendant. | **CIVIL ACTION NO. 19-226** |

## ORDER

**AND NOW**, this 26th day of December 2019, upon consideration of the parties' respective reports as to alternative dispute resolution, it is hereby **ORDERED** that Magistrate Judge Carol Sandra Moore Wells is appointed as Mediator for this case. The mediation shall be conducted according to a protocol set by the Mediator, who may utilize such powers and procedures set forth in Federal Rule of Civil Procedure 16 and Local Rule of Civil Procedure 53.3 as she finds are conducive to settlement. An initial conference has been scheduled for **January 30, 2020 at 2:00 PM**, and counsel for the parties are directed to report to the Chambers of Judge Wells (Room 3016). The parties and/or persons with full authority to settle <u>must</u> accompany counsel unless excused in advance by Judge Wells.

It is so **ORDERED.**

                                                      **BY THE COURT:**

                                                      **/s/ Cynthia M. Rufe**

                                                      _____

                                                      **CYNTHIA M. RUFE, J.**