Maurice R. Mitts, Esquire
1822 Spruce Street
Philadelphia, PA 19103
(215) 866-0112

## United States District Court
### In the Eastern District of Pennsylvania

Scott H. Korn, et al.

v.

Caliber Home Loans, Inc., et al.

Case No.:2:19-cv-00226-CMR

Commonwealth of Pennsylvania
County of Philadelphia    ss

## AFFIDAVIT OF PERSONAL SERVICE

I, **George Phillips,** being duly sworn according to the law upon my oath, depose and say, that I am not a party to this action, am over 18 years of age, and have no direct personal interest in this litigation.

|  |  |
|---|---|
| PARTY SERVED: | **Gerard Maddrey** |
| DOCUMENTS SERVED: | **Subpoena** |
| DATE & TIME OF SERVICE: | **2/12/2020  6:35 PM** |
| PHYSICAL DESCRIPTION: | **Age: 52         Weight: 260              Hair: Black**<br>**Sex: Male       Height: 6'3"             Race: Black** |
| SERVED ADDRESS: | **101 Jefferson Street**<br>**Bala Cynwyd, PA 19004** |

By delivering a true copy to Gerard Maddrey and informing him/her of the contents.

I hereby affirm that the information contained in the Affidavit of Service is true and correct. This affirmation is made subject to the penalties of 18 PA C.S. 4904 relating to unsworn falsification to authorities.

GPS: 40.0286722222222;-75.2356027777778



George Phillips
Dennis Richman's Services for the Professional, Inc
1500 John F. Kennedy Blvd. Suite #1315,
Philadelphia, PA 19102
(215) 977-9393



Order #P177042