**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **SCOTT H. KORN AND ARLENE A. KORN**<br>**Plaintiffs,**<br>v.<br>**CALIBER HOME LOANS, INC.,** *et al.*<br>**Defendant/Third- Party** | **CIVIL ACTION NO. 19-226** |

## ORDER

**AND NOW**, this 23rd day of March 2020, upon consideration of Plaintiff's Motion to Extend Case Management Deadlines [Doc. No. 37], and the opposition thereto, and taking into account the motion to quash the subpoena directed to Joseph Krause, which is pending in the United States District Court for the Northern District of Texas at Miscellaneous Action No. 20-20, it is hereby **ORDERED** that the Motion is **GRANTED**. All deadlines set forth in the Court's scheduling order dated November 8, 2019 [Doc. No. 25] are **EXTENDED** by 60 days.

It is so **ORDERED.**

                                                          **BY THE COURT:**

                                                          **/s/ Cynthia M. Rufe**

                                                          _____

                                                          **CYNTHIA M. RUFE, J.**